**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| G&S BESHAY TRADING CO., LLC,<br><br>            Plaintiff,<br><br>  v.<br><br>7-ELEVEN, INC.,<br><br>            Defendant,<br><br>  v.<br><br>GEORGE BESHAY,<br><br>            Third-Party Defendant. | Case No. 18cv3909 (EP) (JRA)<br><br>**ORDER** |

**PADIN, District Judge.**

**THIS MATTER** comes before the Court by way of Plaintiff G&S Beshay Trading Co.'s and Third-Party Defendant George Beshay's request for this Court to reject Judge Jose R. Almonte's Report and Recommendation (D.E. 72), which recommended that this Court exercise supplemental jurisdiction over Defendant 7-Eleven's remaining counterclaims. D.E. 70. The Court has reviewed the parties' briefs and for the reasons set forth in the Opinion filed herewith,

  **IT IS**, on this 31st day of May, 2023;

  **ORDERED** that Judge Almonte's Report and Recommendation is **ADOPTED**.

Dated: May 31, 2023

                               Evelyn Padin, U.S.D.J.